UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CAROLYN J. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:07-CV-226 |
| ) | |
| MICHAEL J. ASTRUE, ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Plaintiff's motion for judgment on the pleadings (Court File No. 9), **DENIES** Defendant's motion for summary judgment (Court File No. 13), **ACCEPTS & ADOPTS** the Report & Recommendation (Court File No. 15), and **REMANDS** this case to the Commissioner of Social Security pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED.**

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**